IN THE COURT OF CRIMINAL APPEALS
OF TEXAS
NO. PD-1047-18
THE STATE OF TEXAS
v.
JOSE MUSA-VALLE, Appellee
ON APPELLEE’S PETITION FOR DISCRETIONARY REVIEW
FROM THE FOURTH COURT OF APPEALS
BEXAR COUNTY
Per curiam.
O P I N I O N
Appellee was charged with the Class A misdemeanor offense of recklessly
discharging a firearm in a municipality with a population of 100,000 or more people. TEX.
PENAL CODE § 42.12. He filed a pretrial motion to set aside the information, arguing that the
State could not prosecute him under this provision in the Penal Code because a local
ordinance barring essentially the same conduct made this a Class C misdemeanor, and he was
thus entitled to be charged under the less severe provision. See San Antonio Municipal
Ordinance § 21-152. The trial court granted Appellee’s motion, but the court of appeals
Musa-Valle - 2
reversed, concluding that the State was entitled to enforce the Penal Code provision
notwithstanding the existence of the local ordinance. State v. Musa-Valle, No.
04-17-00278-CR, 2018 WL 3264831, at *4 (Tex. App.
—San Antonio July 5, 2018) (mem.
op., not designated for publication). This Court initially granted Appellee’s petition for
discretionary review to examine this holding by the court of appeals. Having reviewed the
parties’ briefs, and having heard oral argument, we now conclude that our decision to grant
review was improvident. We therefore dismiss Appellee’s petition for discretionary review
as improvidently granted.
Delivered: June 19, 2019
Do Not Publish